IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2017 DEC 12 PM 4:44

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR369 |
| vs. | INDICTMENT |
| KEVIN W. McRAE, | 18 U.S.C. § 2261A(2)(B) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

From on or about December, 2015, and continuing until on or about October, 2016, in the District of Nebraska and elsewhere, the defendant, KEVIN W. McRAE, with the intent to harass and intimidate, used an interactive computer service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, specifically emails, Facebook, xHamster, and other websites and forums to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to J.L.

In violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant United States Attorney

1